# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| THE PONCA TRIBE OF INDIANS OF OKLAHOMA,<br><br>Plaintiff, | Case No. 18-op-45327-DAP<br><br>Lead Case No. 17-md-02804-DAP<br><br>Hon. Dan Aaron Polster |
| PURDUE PHARMA, L.P., et al.,<br><br>Defendants. | |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, The Ponca Tribe of Indians of Oklahoma, and Defendant PD-Rx Pharmaceuticals, Inc. hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to a voluntary dismissal without prejudice as to the named Defendant only in the above-styled lawsuit, each party to bear its own costs, and hereby request dismissal without prejudice of this action.

Dated: November 1, 2018

By: */s/ Curtis "Muskrat" Bruehl*
Curtis "Muskrat" Bruehl, OBA #19418
**THE BRUEHL LAW FIRM, PLLC**
14005 N. Eastern Ave.
Edmond, OK 73013
Telephone: 405-938-3434
Facsimile:  405-509-6268
cbruehl@bruehllaw.com
*Attorneys for The Ponca Tribe of Indians of Oklahoma*

By: */s/ James K. Secrest, II*
James K. Secrest, II, OBA #8049
Secrest, Hill, Butler & Secrest
7134 S. Yale Avenue, Suite 900
Tulsa, Oklahoma 74136
Telephone:  918.494.5905
Facsimile:   918.494.2847
E-mail: jsecrest@secresthill.com
*Attorneys for PD-Rx Pharmaceuticals, Inc.*

So ordered.  /s/Dan Aaron Polster 11/2/18